UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

1.  NICOLE LEE SLEGERS and

2.  SHAUN HUBERT SLEGERS,

                    Defendants.

25cR 492 DWF/ECW

**INDICTMENT**

18 U.S.C. § 371
18 U.S.C. § 2
18 U.S.C. § 1343
18 U.S.C. § 1028A

THE UNITED STATES GRAND JURY CHARGES THAT:

At times relevant to the indictment:

## <u>INTRODUCTION</u>

1.      Defendants NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS devised and carried out a scheme to defraud the estates of recently deceased recipients of Minnesota's Medicaid program. NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS fraudulently obtained vehicles from the estates under the guise of NICOLE LEE SLEGERS's employment with Southwest Health and Human Services ("Southwest HHS") and converted the vehicles to personal use.

2.      Southwest HHS was a government agency that provided public health and other social services to a six-county region of southwest Minnesota. Southwest HHS provides area residents with services related to childcare, foster-care licensing, financial assistance, child support, social services, and public health.



United States v. Nicole Lee Slegers and Shaun Hubert Slegers

3.    Southwest HHS administered the Minnesota Medical Assistance program, which was Minnesota's Medicaid program that provided financial assistance for medical expenses for low-income and disabled individuals ("Medicaid").

4.    As part of the Medicaid program, when a Medicaid recipient died with medical debt, Southwest HSS was entitled to recover assets from the recipient's estate and use the proceeds as reimbursement for medical expenses Southwest HHS had paid. As further part of the Medicaid program, recipients elected an authorized representative, who could act on behalf of the recipient after the recipient's death.

5.    From in or around October 2018 through in or around March 2022, NICOLE LEE SLEGERS worked as a Collections Officer for Southwest HHS. In that role, NICOLE LEE SLEGERS collected assets from the estates of deceased Medicaid recipients.

6.    From in or around March 2022 through in or around August 2023, NICOLE LEE SLEGERS worked as an Officer Support Supervisor for Southwest HHS. In that role, NICOLE LEE SLEGERS supervised and trained Southwest HHS Collections Officers.

7.    Beginning in or before June 2021 and continuing through at least March 2023, NICOLE LEE SLEGERS and her husband, SHAUN HUBERT SLEGERS, fraudulently collected at least fourteen vehicles from the estates of recently deceased Medicaid recipients and converted the vehicles to personal use.

8.    NICOLE LEE SLEGERS used her position as a Southwest HHS Collections Officer and Officer Support Supervisor to fraudulently obtain the vehicles

2

<u>United States v. Nicole Lee Slegers and Shaun Hubert Slegers</u>

from the authorized representatives and estates of the deceased Medicaid recipients. NICOLE LEE SLEGERS falsely told the authorized representatives and estates that Southwest HHS was taking the deceased recipients' vehicles to be sold and that the proceeds would be credited to the recipients' accounts.

9.    NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS forged the signatures of the deceased Medicaid recipients to transfer title to themselves and others.

### Count 1
### (Conspiracy to Commit Wire Fraud)

10.    Paragraphs 1 through 9 are of this Indictment are hereby realleged and reincorporated herein by reference.

11.    Beginning in or before May 2021 and continuing through at least April 2023, the defendants,

**NICOLE LEE SLEGERS** and
**SHAUN HUBERT SLEGERS**,

conspired with each other, and others known and unknown to the grand jury, to devise a scheme and artifice to defraud and to obtain property by materially false and fraudulent pretenses, representations, and promises, and for the purposes of executing such scheme and artifice, transmitted and caused to be transmitted writings, signs, signals, pictures, and sounds, by means of wire communications in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 371 and 1343.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

## Object and Purpose of the Conspiracy

12.    The object and purpose of the conspiracy was to fraudulently obtain vehicles from the estates of recently deceased Medicaid recipients by falsely telling the authorized representatives and estates that the vehicles were being taken by Southwest HHS to repay medical expenses and instead to convert the vehicles to personal use.

## Manner and Means of the Conspiracy and Overt Acts in Furtherance of the Conspiracy

13.    The defendants used the following manner and means, among others, and committed the following overt acts, among others, to accomplish the object and purpose of the conspiracy:

14.    NICOLE LEE SLEGERS was authorized to access and use Southwest HHS Medicaid recipients' files as a part of her duties as a Collections Officer and Officer Support Supervisor. These files contained, among other things, Medicaid applications, which included personal identifying information and information about Medicaid recipients' assets. NICOLE LEE SLEGERS used this information to learn which recipients had vehicles NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS could fraudulently convert to personal use.

15.    Because of NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS fraudulent conversions, no proceeds from the vehicles were credited to the deceased recipients' Medicaid accounts.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

## DECEASED RECIPIENT 1

16.     On or about May 31, 2021, DECEASED RECIPIENT 1 died. At the time of their death, DECEASED RECIPIENT 1 was a Southwest HHS Medicaid recipient and owner of a 2014 Chevrolet Silverado.

17.     On or about June 7, 2021, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 1's friend, the authorized representative ("AREP"), informing the friend that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 1's assets to repay DECEASED RECIPIENT 1's medical expenses.

18.     In or around June 2021, NICOLE LEE SLEGERS contacted DECEASED RECIPIENT 1's friend to collect DECEASED RECIPIENT 1's assets, including DECEASED RECIPIENT 1's 2014 Chevrolet Silverado. NICOLE LEE SLEGERS told DECEASED RECIPIENT 1's friend that Southwest HHS would sell the vehicle to repay DECEASED RECIPIENT 1's medical expenses. Based on NICOLE LEE SLEGERS fraudulent misrepresentation, DECEASED RECIPIENT 1's friend drove the 2014 Chevrolet Silverado to Southwest HHS's office in or near Ivanhoe, Minnesota, and provided the vehicle and keys to NICOLE LEE SLEGERS.

19.     On or about June 21, 2021, NICOLE LEE SLEGERS sold DECEASED RECIPIENT 1's 2014 Chevrolet Silverado to a car dealership in or near Marshall, Minnesota, in exchange for approximately $32,000. NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS applied approximately $28,450 of the proceeds to their joint purchase of a 2018 GMC Terrain (VIN 3GKALVEX1JL149766), and

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

approximately $3,550 of the proceeds NICOLE LEE SLEGERS received as a check, which NICOLE LEE SLEGERS deposited into NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS's joint bank account on or about June 22, 2021.

## DECEASED RECIPIENT 2

20.     On or about June 10, 2021, DECEASED RECIPIENT 2 died. At the time of their death, DECEASED RECIPIENT 2 was a Southwest HHS Medicaid recipient and owner of a 2002 Chevrolet Malibu.

21.     On or about June 25, 2021, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 2's son (the AREP) and daughter-in-law, informing them that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 2's assets to repay DECEASED RECIPIENT 2's medical expenses.

22.     Shortly thereafter, NICOLE LEE SLEGERS contacted DECEASED RECIPIENT 2's son and daughter-in-law about collecting DECEASED RECIPIENT 2's assets, including DECEASED RECIPIENT 2's 2002 Chevrolet Malibu. NICOLE LEE SLEGERS told DECEASED RECIPIENT 2's daughter-in-law that Southwest HHS would sell the vehicle and use the proceeds would be applied to repay DECEASED RECIPIENT 2's medical expenses. Based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 2's daughter-in-law met NICOLE LEE SLEGERS at a store in Redwood Falls, Minnesota, and provided the vehicle and keys to NICOLE LEE SLEGERS.

6

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

23.  On or about July 6, 2021, NICOLE LEE SLEGERS deposited an approximately $1,000 check from NICOLE LEE SLEGERS's daughter-in-law, which was payment for DECEASED RECIPIENT 2's 2002 Chevrolet Malibu. NICOLE LEE SLEGERS deposited the check into NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS's joint bank account.

24.  On or about August 20, 2021, NICOLE LEE SLEGERS fraudulently completed the Minnesota Certificate of Title Assignment by Seller for DECEASED RECIPIENT 2's 2002 Chevrolet Malibu and forged DECEASED RECIPIENT 2's signature, transferring title of the vehicle to NICOLE LEE SLEGERS's son.

<u>DECEASED RECIPIENT 3</u>

25.  On or about August 16, 2021, DECEASED RECIPIENT 3 died. At the time of their death, DECEASED RECIPIENT 3 was a Southwest HHS Medicaid recipient and owner of a 2005 Ford Ranger.

26.  On or about August 25, 2021, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 3's son, informing him that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 3's assets to repay DECEASED RECIPIENT 3's medical expenses.

27.  On August 30, 2021, DECEASED RECIPIENT 3's son and NICOLE LEE SLEGERS communicated via text message. During this conversation, DECEASED RECIPIENT 3's son requested more information and documentation before NICOLE LEE SLEGERS could take possession of DECEASED RECIPIENT

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

3's 2005 Ford Ranger. NICOLE LEE SLEGERS told DECEASED RECIPIENT 3's son that burial funds would not be released until the matter was resolved.

28.    By letter dated September 15, 2021, NICOLE LEE SLEGERS mailed DECEASED RECIPIENT 3's son an affidavit NICOLE LEE SLEGERS signed stating that Southwest HHS is entitled to delivery of DECEASED RECEIPIENT 3's Ford Ranger.

29.    On or about September 18, 2021, based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 3's son sent a text message to NICOLE LEE SLEGERS, informing her that he received the letter and that she could take possession of DECEASED RECIPIENT 3's 2005 Ford Ranger.

30.    On or about September 28, 2021, SHAUN HUBERT SLEGERS fraudulently completed the Minnesota Certificate of Title Assignment by Seller for DECEASED RECIPIENT 3's 2005 Ford Ranger and forged DECEASED RECIPIENT 3's signature, transferring title of the vehicle to SHAUN HUBERT SLEGERS.

31.    On or about October 10, 2021, SHAUN HUBERT SLEGERS listed DECEASED RECIPIENT 3's 2005 Ford Ranger for sale on Facebook.

32.    On or about October 14, 2021, SHAUN HUBERT SLEGERS communicated using Facebook with an interested party in South Dakota. During the discussion, SHAUN HUBERT SLEGERS told the interested party that "It was my grandpas truck he bought new runs great everything works I honestly have 2 other trucks or I would keep it New Tires Oil Changed every 3000 miles." SHAUN HUBERT SLEGERS then told the buyer "My grandpa was 98 and died this spring

8

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

drove it all the way up to the last 3 months before he passed." SHAUN HUBERT SLEGERS sold DECEASED RECIPIENT 3's 2005 Ford Ranger to the interested party for approximately $5,000, SHAUN HUBERT SLEGERS told them, "It's a really nice truck hate to see it go since it was my grandpas but it's better of someone can use it more than I can."

### DECEASED RECIPIENT 4

33.    On or about October 18, 2021, DECEASED RECIPIENT 4 died. At the time of their death, DECEASED RECIPIENT 4 was a Southwest HHS Medicaid recipient and owner of a 2009 Dodge Ram 1500. Shortly thereafter, DECEASED RECIPIENT 4's son transferred title to the 2009 Dodge Ram 1500 to himself.

34.    On or about October 22, 2021, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 4's daughter, the AREP, informing her that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 4's assets to repay DECEASED RECIPIENT 4's medical expenses.

35.    Sometime thereafter, based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 4's son and daughter provided the 2009 Dodge Ram, keys, and signed title to NICOLE LEE SLEGERS at or around Southwest HHS's office in Marshall, Minnesota.

36.    On or about February 9, 2022, SHAUN HUBERT SLEGERS submitted a Minnesota Certificate of Title for the 2009 Dodge Ram 1500, which transferred titled to himself.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

37.    On or about June 27, 2022, SHAUN HUBERT SLEGERS sold DECEASED RECIPIENT 4's 2009 Dodge Ram 1500 to a dealership in South Dakota for approximately $8,000 in trade-in value, which applied to NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS's purchase of a 2015 Ford F150 (VIN 1D3HV18T09S719122).

## DECEASED RECIPIENT 5

38.    On or about November 1, 2021, DECEASED RECIPIENT 5 died. At the time of their death, DECEASED RECIPIENT 5 was a Southwest HHS Medicaid recipient and owner of a 2012 Kia Sportage.

39.    On or about November 9, 2021, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 5's daughter-in-law (the AREP) and son, informing them that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 5's assets to repay DECEASED RECIPIENT 5's medical expenses.

40.    Sometime thereafter, based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 5's son and daughter-in-law provided the 2012 Kia Sportage, title, and keys to NICOLE LEE SLEGERS at or around DECEASED RECIPIENT 5's farmhouse in or around Slayton, Minnesota.

41.    On or about February 9, 2022, NICOLE LEE SLEGERS fraudulently completed the Minnesota Certificate of Title Assignment by Seller for DECEASED RECIPIENT 5's 2012 Kia Sportage and forged DECEASED RECIPIENT 5's signature, transferring title of the vehicle to NICOLE LEE SLEGERS.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

42.    On or about March 3, 2022, NICOLE LEE SLEGERS sold DECEASED RECIPIENT 5's 2012 Kia Sportage to an online dealership for approximately $19,171 and deposited the funds into NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS's joint bank account.

## DECEASED RECIPIENT 6

43.    On or about November 28, 2021, DECEASED RECIPIENT 6 died. At the time of their death, DECEASED RECIPIENT 6 was a Southwest HHS Medicaid recipient and owner of a 2005 Nissan Maxima.

44.    On or about December 6, 2021, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 6's son, the AREP, informing him that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 6's assets to repay DECEASED RECIPIENT 6's medical expenses.

45.    In or around December 2021, NICOLE LEE SLEGERS called DECEASED RECIPIENT 6's son and informed him that he would need to provide the 2005 Nissan Maxima to Southwest HHS so that the vehicle could be sold at auction to repay DECEASED RECIPIENT 6's medical expenses.

46.    In or around December 2021, based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 6's son delivered the 2005 Nissan Maxima and keys to NICOLE LEE SLEGERS at or around Southwest HHS's office in Pipestone, Minnesota.

11

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

47. On or about December 20, 2021, NICOLE LEE SLEGERS posted an advertisement on Facebook for the sale of DECEASED RECIPIENT 6's 2005 Nissan Maxima.

48. On or about December 27, 2021, NICOLE LEE SLEGERS sold DECEASED RECIPIENT 6's 2005 Nissan Maxima for approximately $1,500 cash.

49. On or about March 24, 2023, a subsequent purchaser submitted a Minnesota Certificate of Title Assignment by Seller for the 2005 Nissan Maxima, bearing DECEASED RECIPIENT 6's forged signature.

## DECEASED RECIPIENT 7

50. On or about December 4, 2021, DECEASED RECIPIENT 7 died. At the time of their death, DECEASED RECIPIENT 7 was a Southwest HHS Medicaid recipient and owner of a 2004 Ford Explorer Sport Trac.

51. On or about December 13, 2021, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 7's daughter, the AREP, informing her that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 7's assets to repay DECEASED RECIPIENT 7's medical expenses.

52. In or around December 2021, NICOLE LEE SLEGERS called DECEASED RECIPIENT 7's daughter and informed her that she would need to provide the 2004 Ford Explorer Sport Trac to Southwest HHS so that the vehicle could be sold at auction to repay DECEASED RECIPIENT 7's medical expenses.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

53.    On or about January 18, 2022, based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 7's daughter arranged for NICOLE LEE SLEGERS to collect the 2004 Ford Explorer Sport Trac and key at DECEASED RECIPIENT 7's former residence in or around Ivanhoe, Minnesota.

54.    On or about February 9, 2022, NICOLE LEE SLEGERS posted an advertisement on Facebook for the sale of DECEASED RECIPIENT 7's 2004 Ford Explorer Sport Trac.

55.    In or around February 2022, NICOLE LEE SLEGERS sold DECEASED RECIPIENT 7's 2004 Ford Explorer Sport Trac for approximately $5,000, to a man who was purchasing the vehicle for his grandson.

56.    On or about February 11, 2022, NICOLE LEE SLEGERS deposited the approximately $5,000 check from the purchaser into the NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS's joint bank account.

57.    On or about February 18, 2022, a Minnesota Certificate of Title Assignment by Seller for DECEASED RECIPIENT 7's 2004 Ford Explorer Sport Trac, bearing DECEASED RECIPIENT 7's forged signature was submitted, transferring title to the buyer's grandson.

## DECEASED RECIPIENT 8

58.    On or about February 3, 2022, DECEASED RECIPIENT 8 died. At the time of their death, DECEASED RECIPIENT 8 was a Southwest HHS Medicaid recipient and owner of a 2016 Chevrolet Equinox.

59.    On or about February 5, 2022, NICOLE LEE SLEGERS called DECEASED RECIPIENT 8's daughter, the AREP, and informed her that she would need to provide the 2016 Chevrolet Equinox to Southwest HHS so that the vehicle could be sold at auction to repay DECEASED RECIPIENT 8's medical expenses.

60.    On or about February 11, 2022, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 8's daughter, informing her that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 8's assets to repay DECEASED RECIPIENT 8's medical expenses.

61.    On or about March 3, 2022, NICOLE LEE SLEGERS provided DECEASED RECIPIENT 8's daughter an affidavit NICOLE LEE SLEGERS signed stating that Southwest HHS is entitled to delivery of DECEASED RECEIPIENT 8's 2016 Chevrolet Equinox.

62.    On or about March 4, based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 8's daughter provided the DECEASED RECEIPIENT 8's 2016 Chevrolet Equinox, the keys, and title to NICOLE LEE SLEGERS at a fast-food restaurant in or around Luverne, Minnesota.

63.    On or about June 22, 2022, NICOLE LEE SLEGERS sold DECEASED RECIPIENT 8's 2016 Chevrolet Equinox to an online dealership for approximately $11,953 and deposited the funds into NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS's joint bank account.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

### DECEASED RECIPIENT 9

64.    On or about March 10, 2022, DECEASED RECIPIENT 9 died. At the time of their death, DECEASED RECIPIENT 9 was a Southwest HHS Medicaid recipient and owner of a 2005 Honda Pilot.

65.    On or about March 24, 2022, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 9's son, the AREP, informing him that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 9's assets to repay DECEASED RECIPIENT 9's medical expenses

66.    In or around March 2022, NICOLE LEE SLEGERS called DECEASED RECIPIENT 9's son and informed him that she would need to provide the 2005 Honda Pilot to Southwest HHS so that the vehicle could be sold at auction to repay DECEASED RECIPIENT 9's medical expenses.

67.    In or around March 2022, based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 9's son permitted an auto repair shop to release the vehicle to Southwest HHS and NICOLE SLEGERS.

68.    In or around March 2022, NICOLE LEE SLEGERS retrieved DECEASED RECIPIENT 9's 2005 Honda Pilot from the auto repair shop in or around Pipestone, Minnesota.

69.    On or about April 11, 2022, SHAUN HUBERT SLEGERS listed DECEASED RECIPIENT 9's 2005 Honda Pilot for sale on Facebook. From on or

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

about April 12, 2022, through on or about April 15, 2022, SHAUN HUBERT SLEGERS communicated via Facebook with an interested party.

70.    In or around April 2022, NICOLE LEE SLEGERS and SHAUN HUBERTS SLEGERS sold DECEASED RECIPIENT 9's 2005 Honda Pilot to the interested party for approximately $2,500 cash.

## DECEASED RECIPIENT 10

71.    On or about May 9, 2022, DECEASED RECIPIENT 10 died. At the time of their death, DECEASED RECIPIENT 10 was a Southwest HHS Medicaid recipient and owner of a 2004 GMC Sierra.

72.    On or about May 24, 2022, NICOLE LEE SLEGERS mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 10's brother, the AREP, informing him that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 10's assets to repay DECEASED RECIPIENT 10's medical expenses.

73.    In or around May 2022, DECEASED RECIPIENT 10's brother reported to Southwest HHS that DECEASED RECIPIENT 10 owned a 2004 GMC Sierra, which was possessed by DECEASED RECIPIENT 10's caretaker and friend. NICOLE LEE SLEGERS told DECEASED RECIPIENT 10's brother that Southwest HHS would collect DECEASED RECIPIENT 10's 2004 GMC Sierra.

74.    In or around May 2022, based on NICOLE LEE SLEGERS fraudulent misrepresentations, NICOLE LEE SLEGERS collected DECEASED RECIPIENT 10's 2004 GMC Sierra from DECEASED RECIPIENT 10's caretaker.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

75.     On or about May 25, 2022, NICOLE LEE SLEGERS listed DECEASED RECIPIENT 10's 2004 GMC Sierra for sale on Facebook.

76.     On or about May 28, 2022, NICOLE LEE SLEGERS communicated with an interested party on Facebook. NICOLE LEE SLEGERS falsely told the party that that DECEASED RECIPIENT 10's 2004 GMC Sierra belonged to her deceased uncle, who had signed the title before his death.

77.     On or about May 28, 2022, the party purchased DECEASED RECIPIENT 10's 2004 GMC Sierra from NICOLE LEE SLEGERS for approximately $4,800.

78.     On or about May 31, 2022, NICOLE LEE SLEGERS deposited the approximately $4,800 check into NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS's joint bank account.

79.     On or about June 2 and 3, 2022, the purchaser and NICOLE LEE SLEGERS communicated using Facebook, because the purchaser was unable to transfer title using the title documents NICOLE LEE SLEGERS provided.

80.     On or about June 8, 2022, NICOLE LEE SLEGERS fraudulently obtained a new title for DECEASED RECIPIENT 10's 2004 GMC Sierra in DECEASED RECIPIENT 10's name.

81.     On or about June 8, 2022, NICOLE LEE SLEGERS fraudulently completed the Minnesota Certificate of Title Assignment by Seller for DECEASED RECIPIENT 10's 2004 GMC Sierra and forged DECEASED RECIPIENT 10's signature, transferring title to the buyer.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

82.    On or about June 9, 2022, NICOLE LEE SLEGERS mailed the fraudulently obtained Minnesota Certificate of Title to the purchaser.

<u>DECEASED RECIPIENT 11</u>

83.    On or about August 30, 2022, DECEASED RECIPIENT 11 died. At the time of their death, DECEASED RECIPIENT 11 was a Medicaid recipient and owner of a handicapped-accessible 2015 Dodge Grand Caravan.

84.    In or around October through November 2022, NICOLE LEE SLEGERS communicated with DECEASED RECIPIENT 11's daughter, the AREP, that that Southwest HHS would collect DECEASED RECIPIENT 11's 2015 Dodge Grand Caravan to repay DECEASED RECIPIENT 11's medical expenses.

85.    On or about November 25, 2022, based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 11's daughter provided DECEASED RECIPIENT 11's 2015 Dodge Grand Caravan to NICOLE LEE SLEGERS at DECEASED RECIPIENT 11's daughter's residence in or around Mankato, Minnesota.

86.    On or about November 30, 2022, NICOLE LEE SLEGERS fraudulently completed the Minnesota Certificate of Title's Assignment by Seller for DECEASED RECIPIENT 11's 2015 Dodge Grand Caravan and forged DECEASED RECIPIENT 11's signature, transferring title to NICOLE LEE SLEGERS.

87.    On or about December 1, 2022, NICOLE LEE SLEGERS sold DECEASED RECIPIENT 11's 2015 Dodge Grand Caravan to a specialty

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

handicapped-accessible retailer located in or around Sioux Falls, South Dakota, for approximately $18,500.

88.    On or about December 1, 2022, NICOLE LEE SLEGERS deposited the approximately $18,500 check into NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS's joint bank account.

### DECEASED RECIPIENT 12

89.    On or about December 19, 2022, DECEASED RECIPIENT 12 died. At the time of their death, DECEASED RECIPIENT 12 was a Southwest HHS Medicaid recipient and owner of a 2002 Pontiac Bonneville. Southwest HHS assigned COLLECTIONS OFFICER 1, a newer Collections Officer and NICOLE LEE SLEGERS's daughter, to DECEASED RECIPIENT 12's case. NICOLE LEE SLEGERS trained and supervised COLLECTIONS OFFICER 1 on DECEASED RECEIPIENT 12's case.

90.    On or about December 28, 2022, at NICOLE LEE SLEGERS's direction, COLLECTIONS OFFICER 1 mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 12's daughter, the AREP, informing her that, under Minnesota law, Southwest HHS was entitled to collect DECEASED RECIPIENT 12's assets to repay DECEASED RECIPIENT 12's medical expenses.

91.    On or about January 19, 2023, NICOLE LEE SLEGERS spoke to DECEASED RECIPIENT 12's daughter and told her that Southwest HHS would collect DECEASED RECIPIENT 12's 2002 Pontiac Bonneville to repay DECEASED

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

RECIPIENT 12's medical expenses and instructed her to put the title and keys in the vehicle for Southwest HHS to retrieve.

92.    Shortly thereafter, based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 12's daughter placed the keys to DECEASED RECIPIENT 12's 2002 Pontiac Bonneville in the vehicle, located at DECEASED RECIPIENT 12's residence in or around Lamberton, Minnesota, for Southwest HHS to retrieve.

93.    On or about January 27, 2023, DECEASED RECIPIENT 12's daughter mailed the Certificate of Title for DECEASED RECIPIENT 12's 2002 Pontiac Bonneville to Southwest HHS and COLLECTIONS OFFICER 1.

94.    On or about February 3, 2023, SHAUN HUBERT SLEGERS posted an advertisement on Facebook for the sale of DECEASED RECIPIENT 12's 2002 Pontiac Bonneville.

95.    On or about February 6, 2023, SHAUN HUBERT SLEGERS fraudulently completed the Minnesota Certificate of Title's Assignment by Seller for DECEASED RECIPIENT 12's 2002 Pontiac Bonneville and forged DECEASED RECIPIENT 12's signature, transferring title to SHAUN HUBERT SLEGERS.

96.    Continuing through at least November 2023, NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS possessed the vehicle for personal use.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

## DECEASED RECIPIENT 13

97.    On or about January 17, 2023, DECEASED RECIPIENT 13 died. At the time of their death, DECEASED RECIPIENT 13 was a Southwest HHS Medicaid recipient and owner of a 2021 Buick Enclave.

98.    Southwest HHS assigned COLLECTIONS OFFICER 1 to DECEASED RECIPIENT 13's case. NICOLE LEE SLEGERS trained and supervised COLLECTIONS OFFICER 1 on DECEASED RECEIPIENT 13's case.

99.    On or about February 7, 2023, at NICOLE LEE SLEGERS's direction, COLLECTIONS OFFICER 1 submitted an Application for Duplicate Title for DECEASED RECIPIENT 13's 2021 Buick Enclave purported on behalf of DECEASED RECIPIENT 13 and DECEASED RECIPIENT 13's husband, who died in or around December 2022.

100.    In and around January and February 2023, NICOLE LEE SLEGERS called and text messaged DECEASED RECIPIENT 13's daughter, the AREP, and told her that Southwest HHS would collect DECEASED RECIPIENT 13's 2021 Buick Enclave to repay DECEASED RECIPIENT 13's medical expenses. Based on NICOLE LEE SLEGERS fraudulent misrepresentations, DECEASED RECIPIENT 13's daughter provided DECEASED RECIPIENT 13's 2021 Buick Enclave to NICOLE LEE SLEGERS at DECEASED RECIPIENT 13's daughters residence in or near Slayton, Minnesota.

101.    On or about February 13, 2023, SHAUN HUBERT SLEGERS posted an advertisement on Facebook for the sale of DECEASED RECIPIENT 13's 2021 Buick

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

Enclave. On or about that same date, SHAUN HUBERT SLEGERS communicated using Facebook with an employee from a dealership in or around Morris, Minnesota and arranged to sell DECEASED RECIPIENT 13's 2021 Buick Enclave to the dealership for approximately $32,000. The dealership paid with an approximately $31,000 cashier's check to NICOLE LEE SLEGERS and with approximately $1,000 cash to SHAUN HUBERT SLEGERS. SHAUN HUBERT SLEGERS provided the dealership the Minnesota Certificate of Title's Assignment by Seller for DECEASED RECIPIENT 13's 2021 Buick Enclave, bearing DECEASED RECIPIENT 13's forged signature and DECEASED RECIPIENT 13's deceased husband's forged signature.

102.    On or about February 14, 2023, NICOLE LEE SLEGERS deposited the approximately $31,000 cashier's check into NICOLE LEE SLEGERS and SHAUN HUBERT SLEGERS's joint bank account.

DECEASED RECIPIENT 14

103.    On or about March 3, 2023, DECEASED RECIPIENT 14 died. At the time of their death, DECEASED RECIPIENT 14 was a Southwest HHS Medicaid recipient and owner of a 1988 Dodge Stratus. Southwest HHS assigned COLLECTIONS OFFICER 1 to DECEASED RECIPIENT 14's case. NICOLE LEE SLEGERS trained and supervised COLLECTIONS OFFICER 1 on DECEASED RECEIPIENT 13's case.

104.    On or about March 27, 2023, at NICOLE LEE SLEGERS's direction, COLLECTIONS OFFICER 1 mailed Southwest HHS estate claims documents to DECEASED RECIPIENT 14's sister, the AREP, informing her that, under Minnesota

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

law, Southwest HHS was entitled to collect DECEASED RECIPIENT 14's assets to repay DECEASED RECIPIENT 14's medical expenses.

105.    In and around March and April 2023, COLLECTIONS OFFICER 1 called DECEASED RECIPIENT 14's sister and DECEASED RECIPIENT 14's domestic partner, informing them that Southwest HHS would collect DECEASED RECIPIENT 14's 1998 Dodge Stratus to repay DECEASED RECIPIENT 14's medical expenses.

106.    In or around March and April 2023, NICOLE LEE SLEGERS retrieved DECEASED RECIPIENT 14's 1998 Dodge Stratus from DECEASED RECIPIENT 14's residence in or around Pipestone, Minnesota.

107.    On or about April 5, 2023, SHAUN HUBERT SLEGERS posted an advertisement on Facebook for the sale of DECEASED RECIPIENT 14's 1998 Dodge Stratus.

108.    On or about April 11, 2023, NICOLE LEE SLEGERS sent an email to COLLECTIONS OFFICER 1, stating: "I need you to do an affidavit for the Dodge Stratus we took. I need to get a title but need the affidavit and death certificate."

109.    On or about April 11, 2023, at NICOLE LEE SLEGERS's direction, COLLECTIONS OFFICER 1 swore an affidavit stating that Southwest HHS is entitled to delivery of DECEASED RECEIPIENT 14's 1998 Dodge Stratus.

110.    On or about April 11, 2023, NICOLE LEE SLEGERS fraudulently submitted an Application for Duplicate Title for DECEASED RECIPIENT 14's 1998 Dodge Stratus, purportedly on behalf of DECEASED RECIPIENT 14.

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

111.    On or about April 15 and 16, 2023, SHAUN HUBERT SLEGERS communicated using Facebook with an interested party about selling DECEASED RECIPIENT 14's 1998 Dodge Stratus.

112.    On or about April 16, 2023, SHAUN HUBERT SLEGERS sold DECEASED RECIPIENT 14's 1998 Dodge Stratus for approximately $1,100 cash.

113.    All in violation of Title 18, United States Code, Sections 371 and 1343.

### Counts 2-15
### (Wire Fraud and Aiding and Abetting)

114.    Paragraphs 1 through 113 are incorporated herein.

115.    On or about the dates set forth below, in the State and District of Minnesota and elsewhere, the defendants,

**NICOLE LEE SLEGERS** and
**SHAUN HUBERT SLEGERS**,

each aiding and abetting the other and being aided and abetted by others known and unknown to the grand jury, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, knowingly caused to be transmitted by means of a wire communication in interstate commerce, certain writings, signs, signals, and sounds, as follows:

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

| Count | Date (on or about) | Wire Description |
|---|---|---|
| 2 | June 22, 2021 | Deposit of check from sale of DECEASED RECIPIENT 1's 2014 Chevrolet Silverado |
| 3 | June 23-September 14, 2021 | Entries in Southwest HHS's online log of collections activities for DECEASED RECIPIENT 2's Medicaid account |
| 4 | October 10-14, 2021 | Facebook advertisement for sale of DECEASED RECIPIENT 3's 2005 Ford Ranger and communications with buyer |
| 5 | October 21, 2021-February 15, 2022 | Entries in Southwest HHS's online log of collections activities for DECEASED RECIPIENT 4's Medicaid account |
| 6 | March 3, 2022 | Deposit of check from sale of DECEASED RECEPIENT 5's 2012 Kia Sportage |
| 7 | December 20-27, 2021 | Facebook advertisement for sale of DECEASED RECIPIENT 6's 2005 Nissan Maxima and communications with buyer |
| 8 | February 9, 2022 | Facebook advertisement for sale of DECEASED RECIPIENT 7's 2004 Ford Explorer Sport Trac |
| 9 | June 22, 2022 | Deposit of check from sale of DECEASED RECEPIENT 8's 2016 Chevrolet Equinox |
| 10 | April 11-15, 2022 | Facebook advertisement for sale of DECEASED RECIPIENT 9's 2005 Honda Pilot and communications with buyer |
| 11 | May 25-28, 2022 | Facebook advertisement for sale of DECEASED RECIPIENT 10's 2004 GMC Sierra and communications with buyer |
| 12 | December 1, 2022 | Deposit of check from sale of DECEASED RECIPIENT 11's 2015 Dodge Grand Caravan |
| 13 | February 3, 2023 | Facebook advertisement for sale of DECEASED RECIPIENT 12's 2002 Pontiac Bonneville |
| 14 | February 2, 2023 | Deposit of check from sale of DECEASED RECIPIENT 13's 2021 Buick Enclave |
| 15 | April 5, 15-16, 2023 | Facebook advertisement for sale of DECEASED RECIPIENT 14's 1998 Dodge Stratus and communications with buyer |

116.   All in violation of Title 18, United States Code, Sections 2 and 1343.

25

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

## COUNTS 16-20
### (Aggravated Identity Theft and Aiding and Abetting)

117.   Paragraphs 1 through 116 of this Indictment are hereby realleged and reincorporated herein by reference.

118.   On or about the dates set forth below, in the State and District of Minnesota, the defendants,

**NICOLE LEE SLEGERS** and
**SHAUN HUBERT SLEGERS,**

each aiding and abetting the other and being aided and abetted by others known and unknown to the grand jury, did knowingly and unlawfully transfer, possess, and use, and caused to be transferred, possessed, and used, the below-listed means of identification of another person, during and in relation to a felony violations enumerated in Title 18, United States Code, Section 1028A(c), to-wit: wire fraud, by using the names and forged signatures on Minnesota Certificates of Title Assignment by Seller in furtherance of the above-described scheme and artifice to defraud:

| Count | Date (on or about) | Description |
|---|---|---|
| 16 | August 20, 2021 | Minnesota Certificate of Title Assignment of Seller for DECEASED RECIPIENT 2's 2002 Chevrolet Malibu |
| 17 | September 28, 2021 | Minnesota Certificate of Title Assignment of Seller for DECEASED RECIPIENT 3's 2005 Ford Ranger |
| 18 | February 9, 2022 | Minnesota Certificate of Title Assignment of Seller for DECEASED RECIPIENT 5's 2012 Kia Sportage |
| 19 | June 8, 2022 | Minnesota Certificate of Title Assignment of Seller for DECEASED RECIPIENT 10's 2004 GMC Sierra |
| 20 | February 6, 2023 | Minnesota Certificate of Title Assignment of Seller for DECEASED RECIPIENT 12's 2002 Pontiac Bonneville |

26

United States v. Nicole Lee Slegers and Shaun Hubert Slegers

119. All in violation of Title 18, United States Code, Sections 2 and 1028A(a)(1).

## FORFEITURE ALLEGATIONS

As a result of the offenses alleged in Counts 1-15 of this Indictment, Defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1343.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                        FOREPERSON